Greg Violette
21 Summer St
Madison, ME 04950



U.S. District Court
202 Harlow St
Bangor, ME 04401