Appendix D: Notice of Pro Se Appearance

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 JUN 28 P 4:16

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MAINE

Gregory Paul Violette
Plaintiff(s)

vs.

Civil Action No: 2:21-CV-148-DBH

Pharos House et al
Defendant(s)

NOTICE OF PRO SE APPEARANCE

I,        , a Plaintiff/Defendant in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that I am responsible for notifying the Court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.
All court papers may be mailed to me by first class mail at the address shown below; however, if I,       , elect to complete and submit an ECF Pro Se Registration form, I will abide by the conditions set forth in the document titled "ECF Registration for Pro Se Filers".

 Pursuant to Fed.R.Civ.P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of the document I filed and also provide the Court with a *Certificate of Service* which attests to this fact.

My Street Address is:
62 old Point Ave

My Mailing Address:
(if different from street address:)

Town/City   State/ Zip Code :
Madison, ME 04950

Town/City   State/ Zip Code :

Telephone Number:
207-399-7567

Date:
6/24/21

Signature: [signed]

34