# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE,         ) | |
| )  | |
| PLAINTIFF  ) | |
| )  | |
| v.                                                           ) | CIVIL NO. 2:21-CV-148-DBH |
| )  | |
| PHAROS HOUSE, ET AL.,           ) | |
| )  | |
| DEFENDANTS  ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 23, 2021, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Review of Plaintiff's Complaint. The plaintiff filed an objection to the Recommended Decision on September 7, 2021. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's Complaint is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 10TH DAY OF SEPTEMBER, 2021**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**