UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY PAUL VIOLETTE,<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil No. 2:21-cv-148-DBH<br>) |
| PHAROS HOUSE, et al.,<br>Defendants, | )<br>) |

## JUDGMENT

Pursuant to the Order Affirming Recommended Decision of the Magistrate Judge entered by U.S. District Judge, D. Brock Hornby on September 10, 2021; the plaintiff's complaint is dismissed.

JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:  /s/ Charity Pelletier
Deputy Clerk

Dated: September 10, 2021